IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SCOTT DENNIS                                                                                                PLAINTIFF

V.                                         CASE NO. 13-CV-1008

ARMANDO DELCID d/b/a DEL-CID
TRANSPORT and JOHN DOE NO. 1                                                            DEFENDANTS

ORDER

      Before the Court is a Joint Motion to Dismiss all Claims with Prejudice. (ECF No. 12). Plaintiff has settled all claims against Defendants, and the parties move the Court to dismiss this case with prejudice. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

      If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

      **IT IS SO ORDERED**, this 20th day of September, 2013.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge